## Kronkoski Unemployment Compensation Case.

Argued November 13, 1969. *John F. Kronkoski,* claimant, appellant, in propria persona, submitted a brief; *Sydney Reuben,* Assistant Attorney General, with him *William C. Sennett,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

## Manzini *v.* Lignelli, Appellant.

Argued November 13, 1969. *Davis G. Yohe,* with him *Peacock, Keller & Yohe,* for appellant; *Jack H. France,* with him *Murphy & France,* for appellee.

Judgment affirmed.

WRIGHT, P. J., dissents.